E-Filed 11/20/15

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

CALIFORNIA CONCRETE, INC.,

  Plaintiff,

  v.

TOTAL TEAM CONSTRUCTION SERVICES INC., et al.,

  Defendants.

Case No. 15-cv-03569-HRL

**ORDER GRANTING IN PART REQUEST FOR EXTENSION OF TIME**

Re: Dkt. Nos. 17, 18

The court previously received notice of settlement and ordered the parties to show cause, if any, why this case should not be dismissed. Dkt. No. 17. That order instructed the parties to attend a show-cause hearing on November 24, 2015. That order also instructed the parties to file a joint response no later than November 20, 2015, that would advise the court as to (1) the status of the parties in finalizing settlement; and (2) how much additional time, if any, is requested to finalize the settlement and file a stipulation for dismissal.

The parties filed a joint response in compliance with the court's order. Dkt. No. 18. The parties state that a tentative settlement has been reached, but they request 30 days of additional time in order to investigate "a potential problem with concrete work that is a subject of this action." The court therefore changes the date of the show-cause hearing to December 22, 2015. The parties shall file another joint statement on December 18, 2015, to update the court on the status of the parties' attempts to finalize the settlement. The parties need not attend the show-cause hearing or file another joint statement if the parties stipulate to dismissal under Federal Rule of Civil Procedure 41(a)(1)(A)(ii) by December 18.

**IT IS SO ORDERED.**

Dated: 11/20/15

_____
HOWARD R. LLOYD
United States Magistrate Judge