E-Filed 3/3/16

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA CONCRETE, INC.,<br><br>  Plaintiff,<br><br>  v.<br><br>TOTAL TEAM CONSTRUCTION SERVICES INC., et al.,<br><br>  Defendants. | Case No. 15-cv-03569-HRL<br><br>**ORDER CONTINUING HEARING ON ORDER TO SHOW CAUSE**<br><br>Re: Dkt. No. 27 |

The parties notified the court in October of 2015 that they had settled this case. The court issued an order to show cause why this case should not be dismissed. The parties informed the court that newly discovered factual "issues" had called into question the propriety of the settlement; the court, on request of the parties, continued the show-cause hearing twice to provide the parties more time to investigate their factual concerns.

The parties informed the court on March 1, 2016 that they have "completed" their investigation and that their outstanding "issues" have been resolved. Dkt. No. 27 at 2. The parties request a continuance of 60 days for the purpose of completing "the drafting and execution of a formal written settlement agreement."

The court grants the request in part. The show-cause hearing is continued from March 8, 2016 to April 12, 2016. The hearing shall be vacated automatically if the parties file a stipulated dismissal under Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

**IT IS SO ORDERED.**

Dated: 3/3/16

HOWARD R. LLOYD
United States Magistrate Judge